UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>P. COVELLO,<br><br>    Defendant. | No.  2:23-cv-1974 DJC DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that defendants violated his constitutional rights. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 18.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 21.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations (ECF No. 18) are adopted in full; and

3   2. Plaintiff's motion for injunctive relief (ECF No. 14) is denied.

   IT IS SO ORDERED.

Dated:  **March 28, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/cald1974.802(ecf 18)

2