UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. COVELLO,<br><br>　　　　Defendant. | No.  2:23-cv-1974 DJC DB P<br><br><br>AMENDED ORDER |

　　　　The Court previously issued an order adopting the November 21, 2023 findings and recommendations.  (ECF No. 27.)  Due to a clerical error, that order did not properly order that this complaint be dismissed without leave to amend for failure to state a claim, as recommended by the Magistrate Judge and as supported by the record and the magistrate judge's analysis.  Accordingly, the Court now vacates its prior order and issues the amended order below.

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that defendants violated his constitutional rights.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 21, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to

plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 18.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 21.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full;
2. Plaintiff's motion for injunctive relief (ECF No. 14) is denied;
3. The complaint is dismissed without leave to amend for failure to state a claim;
4. The Clerk of the Court is directed to close the case; and
5. This order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/cald1974.802(ecf 18)

2